(May 25, 1967)

SAUL BERR, Appellant, v. DAVID GORDON, Respondent.

Concur — Stevens, J. P., Steuer, Tilzer, McNally and McGivern, JJ.

MARIANA MERIDA, Individually and as Administratrix of the Estate of ADOLPH MERIDA, Absentee, Appellant-Respondent, v. 200 WEST 96TH STREET, INC., Respondent-Appellant.

Concur — Botein, P. J., Stevens, Eager, Steuer and Rabin, JJ.

JACK LEWIS et al., Doing Business as AMERICAN LITERARY EXCHANGE, Respondents, v. ROBERT GOVER, Appellant.

Concur — Botein, P. J., Eager, Steuer, Rabin and McGivern, JJ.